UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC CAPITAL
CORPORATION,

    Plaintiff,                                                ORDER

                    v.                                     08-cv-00011-jcs

JOHN C. HINTZ AND NANCY R. HINTZ,

    Defendants.

---

       Plaintiff requests that the clerk of court enter default against defendants John C. Hintz and Nancy R. Hintz pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead, or otherwise defend, the default of defendants is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

       Dated this 17th day of March, 2008.

                                                                      /s/
                                                        Theresa M. Owens
                                                        Clerk of Court